UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIULIA KASOLLARI,<br><br>                    Plaintiff,<br><br>      v.<br><br>AMAZON.COM SALES, INC. a/k/a AMAZON.COM a/k/a AMAZON; XIAOMI USA, INC. and XIAOMI INC.,<br><br>                  Defendants. | No. 1:24-CV-03573-NCM-JAM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joanna H. Schorr, of the law firm Alston & Bird LLP, who is admitted to practice before this Court, hereby appears as counsel of record for Defendant Xiaomi USA, Inc. in the above-captioned action and requests that copies of all papers in this action be served upon her.

Dated: May 23, 2024

                                                                  */s/ Joanna H. Schorr*
                                                                  Joanna H. Schorr
                                                                  ALSTON & BIRD LLP
                                                                  90 Park Avenue
                                                                  New York, NY 10016
                                                                  Telephone: (212) 210-9400
                                                                  Facsimile: (212) 910-9444
                                                                  E-Mail: joanna.schorr@alston.com

                                                                *Attorneys for Defendant Xiaomi USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, I caused a copy of the foregoing document to be served (i) via ECF on counsel for Defendant Amazon.com, Inc.; and (2) via email and UPS Overnight Mail and email on Plaintiff Giulia Kasollari's counsel, John E. Gray at the following address:

John E. Gray
Law Offices of John E. Gray
100 North Park Avenue
Rockville Centre, NY 11570
jgray@graylawyer.com


Dated: May 23, 2024

                                              */s/ Joanna H. Schorr*
                                                 Joanna H. Schorr